**FILED**

JUL - 6 2009

Clerk, U.S. District and
Bankruptcy Courts

U.S. DISTRICT COURT
333 Constitution Avenue, N.W.
Washington, D.C. 20004

Yasmin Carty
1635 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 674-1460

Case: 1:09-cv-01238
Assigned To : Friedman, Paul L.
Assign. Date : 7/6/2009
Description: Labor-ERISA

Vs.

*Serve*

District of Columbia Government
Office of the Attorney General, *Peter Nickles*
Department of Consumer and Regulatory Affairs
District of Columbia Office of Personnel
441 4th Street, N.W., Room 1145 South
Washington, D.C. 20001
            and

*Serve* *Adrian Fenty, D.C. Gov't*
1350 Pennsylvania Avenue, N.W., 3rd Floor
Washington, D.C. 20004

**Complaint**

Now comes Plaintiff verses Defendants regarding Unequal Pay for Salary that should have been paid for period 2002 through 2007 from Grade 7 to Grade 9, a lateral promotion I was entitled to. Other charges are ADA, ADEA, Title VII includes Nationality, harassment/constructive discharge and job related injuries.

I am asking for $300,000.00 to include tort/punitive damages and court costs.

*Yasmin Carty   7/6/09*
/Yasmin Carty
1635 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 674-1460 or 202-588-5843